Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>USA CAPPUCCINO DONUTS COFFEE; DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.: CV 11-09955 JFW (SSx)<br><br>**ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

**IT IS HEREBY ORDERED THAT**, the above-entitled case is dismissed without prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: June 26, 2012

HON. JOHN F. WALTER
United States District Judge

1
ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE